

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the interest of P.A.D., a child,

No. 11-18-00160-CV

\* From the 42nd District Court
of Coleman County,
Trial Court No. CV06352.

\* July 19, 2018

\* Per Curiam Memorandum Opinion
(Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J.,
sitting by assignment)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.